|   |   |
|---|---|
| 1 | DAWN SESTITO (S.B. #214011) |
| 2 | dsestito@omm.com<br>O'MELVENY & MYERS LLP |
| 3 | 400 South Hope Street<br>18th Floor |
| 4 | Los Angeles, California  90071-2899<br>Telephone:  +1 213 430 6000 |
| 5 | Facsimile:   +1 213 430 6407 |
| 6 | Attorneys for Defendant<br>Trader Joe's Company |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT L. WARING, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRADER JOE'S COMPANY,<br><br>Defendant. | Case No. 3:23-cv-00402-WHO<br><br>**STIPULATION AND ORDER TO TRANSFER VENUE**<br><br>Judge:  Hon. William H. Orrick |

Plaintiff Robert L. Waring and Defendant Trader Joe's Company ("Trader Joe's"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on January 27, 2023, Plaintiff filed his initial Complaint against Trader Joe's in this Court;

WHEREAS, by stipulation, Trader Joe's has until March 29, 2023 to respond to Plaintiff's Complaint;

WHEREAS, Trader Joe's has not yet responded to the Complaint, and the parties have not yet commenced discovery in this action;

1   WHEREAS, in addition to this lawsuit, nine other parallel putative class actions lawsuits have been filed in federal court against Trader Joe's, four of which remain pending, respectively, in the Southern District of California, the Central District of California, the Northern District of Illinois, and the Southern District of New York;[1]

WHEREAS, the parties to these various lawsuits have engaged in lengthy discussions about how best to manage these concurrent, overlapping actions as part of a joint effort to serve party and judicial efficiency and to minimize the potential for inconsistent rulings;

WHEREAS, all parties to all of the parallel federal proceedings have agreed to a shared forum in the Southern District of California, where they intend to seek consolidation of the proceedings;

WHEREAS, Trader Joe's is headquartered in Southern California, such that a forum in that region is more convenient for Trader Joe's and the potential witnesses who reside or do business there;

WHEREAS, such consolidation of the proceedings would serve the interests of party and judicial efficiency, and avoid the prospect of inconsistent judgments;

WHEREAS, all parties have agreed to consent to the Southern District of California as a forum for this litigation;

WHEREAS, consistent with 28 U.S.C. § 1404(a), this stipulated transfer would serve the convenience of the parties and witnesses, and advance the interest of justice;

---

[1] The other four pending federal cases are: *Valerie Morrison v. Trader Joe's Company*, No. 3:23-cv-00061-RBM-KSC (S.D. Cal.); *Vyacheslav Shausmanov v. Trader Joe's Company*, No. 2:23-cv-00241-SB-MAR (C.D. Cal.); *Rome Ish-Hurwitz v. Trader Joe's Company, Inc.*, No. 1:23-cv-00369 (N.D. Ill.); and *Tamakia Herd v. Trader Joe's Company*, No. 1:23-cv-00065-VM (S.D.N.Y.).

1    NOW THEREFORE, the parties hereby jointly move and stipulate, subject to
2 the Court's approval, that this action be transferred to the United States District
3 Court for the Southern District of California.

5    Dated: March 9, 2023              **O'MELVENY & MYERS LLP**
                                        DAWN SESTITO

7                                       By:    /s/ Dawn Sestito
8                                              Dawn Sestito
                                        Attorneys for Defendant
9                                       Trader Joe's Company

10   Dated: March 9, 2023              **KUZYK LAW LLP**
                                        MICHAEL D. BRAUN

12                                      **KAPLAN FOX & KILSHEIMER LLP**
                                        LAURENCE D. KING
13                                      MATTHEW B. GEORGE
                                        BLAIR E. REED
14                                      JOEL B. STRAUSS

16                                      By:    /s/ Michael D. Braun
                                               Michael D. Braun
17                                      Attorneys for Plaintiff
                                        Robert L. Waring

20   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22   Date:   March 15, 2023             _[signature]_
                                        Hon. William H. Orrick
23                                      United States District Judge

## ATTESTATION

I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized its filing.

Dated:  March 9, 2023                          **O'MELVENY & MYERS LLP**

                                              By:  */s/ Dawn Sestito*
                                                        Dawn Sestito